# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cummings, Samuel R. | U.S. District Court Northern District of Texas | 04/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

1205 Texas Avenue Room C-210
Lubbock, Texas 79401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. money market-savings - Wells Fargo Bank | B | Interest | M | T | | | | | |
| 2. CD - Wells Fargo Bank | F | Interest | P1 | T | | | | | |
| 3. CD-IRA - Wells Fargo Bank | B | Interest | N | T | | | | | |
| 4. Oil & Gas Royalty & Working Interests: (H) | | | | | | | | | |
| 5. --Dynegy (Targo) Midstream Service | B | Royalty | J | W | | | | | |
| 6. --Roy Furr Estate Operator | B | Royalty | J | W | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. --CD - First State Bank, Buxton, ND | B | Interest | | | Redeemed | 08/05/14 | L | A | proceeds purchased bond |
| 9. --CD - Mason State Bank, Mason, MI | C | Interest | | | Redeemed | 08/04/14 | L | A | proceeds purchased bond |
| 10. --CD - Morton Community Bank, Morton, IL | C | Interest | L | T | | | | | |
| 11. --CD - Citizens State Bank, Clayton, WI | B | Interest | | | Redeemed | 08/28/14 | L | A | proceeds purchased bond |
| 12. --CD - National Republic Bank, Chicago, IL | B | Interest | | | Redeemed | 09/23/14 | L | A | proceeds purchased bond |
| 13. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | K | T | | | | | |
| 14. --CD - Provincial Financial Bank, Clayton, MO | B | Interest | K | T | | | | | |
| 15. --CD - National Republic Bank, Chicago, IL | A | Interest | J | T | | | | | |
| 16. --CD - Roundbank, Waseca, MN | C | Interest | M | T | | | | | |
| 17. --Bond - Eagle Mountain-Saginaw TX School District | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Bond - Travis Co. TX | B | Interest | | | Redeemed | 03/03/14 | L | | proceeds purchased bond |
| 19. --Bond - Pflugerville TX ISD Building PSF | B | Interest | K | T | | | | | |
| 20. --Bond - Barbers Hill TX ISD | B | Interest | K | T | | | | | |
| 21. --Bond - Ft. Worth TX CTF oblig. | B | Interest | L | T | | | | | |
| 22. --Bond - NW Harris County Municipal Utility District | C | Interest | L | T | | | | | |
| 23. --Bond - Ft. Bend County Municipal Utility District | C | Interest | L | T | | | | | |
| 24. --Bond - Donna TX ISD School Building PSF | B | Interest | L | T | | | | | |
| 25. --Bond - Pharr San Juan Alamo TX ISD | B | Interest | L | T | | | | | |
| 26. --Bond - Dallas TX ISD Building Fund | B | Interest | K | T | | | | | |
| 27. --Bond - University of TX Revs. Fin. Sys. | C | Interest | M | T | | | | | |
| 28. --Bond - Waxahachie TX CTFS oblig. | B | Interest | L | T | | | | | |
| 29. --Bond - Lubbock TX ISD Sch Bldg Fund PSF | B | Interest | L | T | | | | | |
| 30. --Burleson TX CTF oblig. | A | Interest | K | T | | | | | |
| 31. --McKinney TX Ind. Sch. Dis. g/o | A | Interest | L | T | | | | | |
| 32. Brokerage Account #2 (H) | | | | | | | | | |
| 33. --CD - Bank of North Carolina, Thomasville, NC | B | Interest | M | T | | | | | |
| 34. --CD - Discover Bank, Greenwood, DE | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CD - First Bank Highland Park, Highland Park, IL | B | Interest | | | Redeemed | 11/12/14 | M | A | proceeds purchased inv tru |
| 36. --CD - Luana Savings Bank., Luana, IA | B | Interest | M | T | | | | | |
| 37. Brokerage Account #1 (H) | | | | | | | | | |
| 38. --Bond - Texas Tech University Bond | A | Interest | K | T | | | | | |
| 39. --Bond-Hale Center TX ED FACS CORP (cont'd in Part VIII) | B | Interest | L | T | | | | | |
| 40. --Bond - Temple Tex. Rev. & Ltd. Tax Bds | A | Interest | K | T | | | | | |
| 41. Brokerage Account #3 (H) | | | | | | | | | |
| 42. --Nureen Quality Preferred FD3 | B | Dividend | K | U | | | | | |
| 43. --Nureen Quality Preferred FD3 | B | Dividend | K | U | | | | | |
| 44. Brokerage Account #1 (H) | | | | | | | | | |
| 45. --Bond - Ft. Bend TX Util Dis BDS | B | Interest | L | T | | | | | |
| 46. --Bond - Victoria County TX Jr. College Dist. | B | Interest | L | T | | | | | |
| 47. --Bond - Crowley TX ISD | B | Interest | L | T | | | | | |
| 48. Brokerage Account #1 (H) | | | | | | | | | |
| 49. --Bond-50 Northside Tex. Ind. Sch. Dis. Tax Bds | B | Interest | L | T | Buy | 03/16/14 | L | | see part VIII |
| 50. --Bond-Stanton TX ISD Bldg. Bds | B | Interest | L | T | Buy | 07/23/14 | L | | see part VIII |
| 51. --Bond-North Hopkins TX ISD | B | Interest | L | T | Buy | 08/04/14 | L | | see part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Bond-Weston Mun. Ut. Dis. TEXU Ltd Bonds | B | Interest | L | T | Buy | 08/11/14 | L | | see part VIII |
| 53. --Bond-Cypress Hill Mun. Dist. No. 1 | B | Interest | L | T | Buy | 10/07/14 | L | | see part VIII |
| 54. --Bond-Montgomery Cnty. TX Mun. Util. Dist. | B | Interest | L | T | Buy | 11/04/14 | L | | see part VIII |
| 55. Bokerage Account #2 (H) | | | | | | | | | |
| 56. ▮▮▮ shares Tr. High Dividend ETF | B | Dividend | L | U | Buy | 02/25/14 | L | | Sam R. Cummings IRA |
| 57. --CD - Barclays Bank | A | Interest | M | U | Buy | 08/04/14 | M | | Sam R. Cummings IRA |
| 58. --CD - Discover BK Greenwood | B | Interest | L | U | Buy | 08/08/14 | L | | Sam R. Cummings/ IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cummings, Samuel R.** | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 6, line 39 - Rev. Wayland Baptist Univ. Proj. B/E B/O

Part VII, pp. 6-7, lines 49-54 - Sam R. Cummings            , tenants in common

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cummings, Samuel R. | 04/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Samuel R. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544